UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL K. BROWN,

        Plaintiff,                      No. C 14-1479 PJH (PR)

  vs.                                     **ORDER OF TRANSFER**

WHITTEN, et. al.,

        Defendants.
                                      /

This is a civil rights case brought pro se by a state prisoner. Plaintiff states that his personal property was missing following his transfer from California Medical Facility to Deuel Vocational Institute. Named as defendants are several officials at California Medical Facility. Both of these prisons lie within the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: April 2, 2014.

                                                       PHYLLIS J. HAMILTON
                                                       United States District Judge

G:\PRO-SE\PJH\CR.14\Brown1479.trn.wpd